IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSA CAROLINA BERMUDEZ MORENO,

      Plaintiff,

vs.                                                                                             No. CIV 21-0995 JB/DLM

GINA M. RAIMONDO, Secretary,
Department of Commerce,

      Defendant.

## FINAL JUDGMENT

Pursuant to rule 58(a), and consistent with the Memorandum Opinion and Order, filed December 31, 2024 (Doc. 101)("MOO"), the Court issues this separate Final Judgment, disposing of this civil case.

**IT IS ORDERED** that: (i) the Plaintiff's discrimination claim based on the doctor's note incident is dismissed without prejudice for failure to exhaust administrative remedies; (ii) all remaining claims in this case are dismissed with prejudice; (iii) this case is dismissed; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Rosa Carolina Bermudez Moreno
Alamogordo, New Mexico

    *Plaintiff pro se*

Alexander M.M. Uballez
  United States Attorney

- 2 -

Maria S. Dudley
Ruth Fuess Keegan
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*